IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KEVIN A. TOLLIVER, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:06-CV-904 |
| v. | : | Judge Algenon L. Marbley |
| | : | Magistrate Judge Kemp |
| LIBERTY MUTUAL FIRE | : | |
| INSURANCE COMPANY, | : | |
| | : | |
| Defendant. | : | |

## ORDER

This matter is before the Court on Defendant Liberty Mutual Fire Insurance Company's ("Liberty Mutual") Motion to Allow Client Representative to Attend Mediation by Telephone. (Doc. 93.) On January 19, 2010, this Court entered an Order which set a trial date and referred this case to mediation. Mediation with the Court Mediator, Robert Kaiser, is currently scheduled for April 2, 2010. Liberty Mutual's client representative for the mediation is Erica Sullivan ("Sullivan"), an attorney at Liberty Mutual's Home Office Legal Department in Boston, Massachusetts. Sullivan is 8 months pregnant and, therefore, unable to travel to Ohio to attend the mediation. Liberty Mutual asserts that Sullivan is the most informed representative for the company on this matter and requests that Sullivan be allowed to attend the mediation telephonically. Lead counsel for Liberty Mutual, who has settlement authority, will be attending the mediation in person. Liberty Mutual's Motion is **GRANTED**. Sullivan will be permitted to participate in the mediation by telephone.

**IT IS SO ORDERED.**

                                                                                    s/Algenon L. Marbley
                                                                            **ALGENON L. MARBLEY**
                                                                            **UNITED STATES DISTRICT COURT**

**Dated: March 30, 2010**